UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN LEWIS,

    Plaintiff,

v.                                          4:20cv300–WS/HTC

FDOC,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 33) docketed December 28, 2020. The magistrate judge recommends that Plaintiff's motion (ECF No. 32) to reopen this case be denied. The magistrate judge construed Plaintiff's motion to reopen as a Rule 60(b) motion for relief from judgment. Plaintiff has filed objections (ECF No. 34) to the report and recommendation.

    The case was dismissed and judgment entered in September of 2020 pursuant to 28 U.S.C. § 1915(g). Plaintiff appealed this court's judgment, and the

Eleventh Circuit dismissed the appeal for want of prosecution because Plaintiff failed to pay the required filing fee.

The court has reviewed the record, including Plaintiff's objections, and—like the magistrate judge—finds that Plaintiff has failed to establish that he is entitled to the relief he requests.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 33) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's motion (ECF No. 32) to reopen his case is DENIED.

DONE AND ORDERED this   1st   day of   February  , 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE